Jeffrey H. BECK, Liquidating Trustee of the Estates of Crown Vantage, Inc. and Crown Paper Company, Appellant,

v.

PACE INTERNATIONAL UNION, on behalf of member and former member participants in pension plans sponsored by the Debtors;

Edward Miller; Jeffrey D. Macek, on behalf of themselves and others similarly situated, Appellees.

Pace International Union, AFL–CIO, Chemical & Energy Workers International Union, on behalf of members and former member participants in pension plans, Appellant,

v.

Jeffrey H. Beck, Liquidating Trustee of the Estates of Crown Vantage, Inc. and Crown Paper Company, Appellee.

Nos. 03–15303, 03–15331.

United States Court of Appeals, Ninth Circuit.

Aug. 2, 2007.

Rodger M. Landau, McDermott, Will & Emery, Los Angeles, CA, Mary Warren, Esq., Shearman & Sterling, New York, NY, for Jeffrey H. Beck.

Christian L. Raisner, Esq., John Plotz, Esq., Weinberg Roger & Rosenfeld A Pro-

fessional Corporation, Oakland, CA, for Pace International Union.

Before: STEPHEN REINHARDT, RICHARD A. PAEZ, and MARSHA S. BERZON, Circuit Judges.

## ORDER

The panel decision, 427 F.3d 668 (9th Cir.2005), and memorandum disposition, 146 Fed.Appx. 917 (9th Cir.2005), are VACATED. The district court's order affirming the bankruptcy court's decision is VACATED and REMANDED with instructions to remand to the bankruptcy court for further proceedings consistent with —— U.S. ——, 127 S.Ct. 2310, 168 L.Ed.2d 1 (2007).